UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ASIA BAILON,　　　　　　　　　　　　　　21-cv-3851 (JGK)

　　　　　　　Plaintiff,　　　　　　　　ORDER

　　- against -

CHECKR, INC.,

　　　　　　　Defendants.

JOHN G. KOELTL, District Judge:

　　The parties should submit a Rule 26(f) Report by May 21, 2021.

SO ORDERED.

Dated:　　New York, New York
　　　　　May 7, 2021

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　John G. Koeltl
　　　　　　　　　　　　　　　　　　　United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-7-2021